**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 11-01276-PSH |
|---|---|---|
| | § | |
| BARRY KEITH JOHNSON | § | |
| LINDA FRANCIS MILLER | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/02/2013, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/05/2013         By:  /s/ David P. Leibowitz
                                      (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § Case No. 11-01276-PSH
§
BARRY KEITH JOHNSON §
LINDA FRANCIS MILLER §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*           $98,128.78
*and approved disbursements of*           $2,751.08
*leaving a balance on hand of[1] :*           $95,377.70

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:    $0.00
Remaining balance:    $95,377.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $8,021.44 | $0.00 | $8,021.44 |
| David P. Leibowitz, Trustee Expenses | $12.88 | $0.00 | $12.88 |

Total to be paid for chapter 7 administrative expenses:    $8,034.32
Remaining balance:    $87,343.38

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $87,343.38

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $87,343.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $152,852.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 57.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | CIT Technology Fin. Serv. Inc. | $9,888.65 | $0.00 | $5,650.57 |
| 2 | Adler Fels Winery LLC | $2,184.00 | $0.00 | $1,247.98 |
| 3 | Discover Bank | $11,147.70 | $0.00 | $6,370.03 |
| 4 | Semco Energy | $219.62 | $0.00 | $125.50 |
| 5 | Albatrans New York | $4,449.00 | $0.00 | $2,542.25 |
| 6 | USA Wine Imports | $2,070.00 | $0.00 | $1,182.84 |
| 7 | Chase Bank USA, N.A. | $26,382.52 | $0.00 | $15,075.52 |
| 8 | Chase Bank USA, N.A. | $16,940.36 | $0.00 | $9,680.08 |
| 9 | D&G Transportation | $443.24 | $0.00 | $253.28 |
| 10 | American Express Centurion Bank | $532.22 | $0.00 | $304.12 |
| 11 | American Express Centurion Bank | $664.29 | $0.00 | $379.59 |
| 12 | Schmidt, Pritchard & Co. Inc. | $8,578.99 | $0.00 | $4,902.21 |
| 13 | American Express Bank, FSB | $8,690.98 | $0.00 | $4,966.21 |
| 14 | Azienda Agricia Bocchino | $0.00 | $0.00 | $0.00 |
| 16 | Citibank, N.A. | $3,303.67 | $0.00 | $1,887.79 |
| 17 | Citibank, N.A. | $6,026.03 | $0.00 | $3,443.40 |
| 18 | American Express Bank, FSB | $1,309.63 | $0.00 | $748.35 |
| 19 | Fattorie Parri | $3,490.24 | $0.00 | $1,994.40 |
| 20 | DOMAINE VISTALBA SA | $20,564.00 | $0.00 | $11,750.70 |

UST Form 101-7-NFR (10/1/2010)


| | | | | |
|---|---|---|---|---|
| 21 | Cantina Tollo S.C.A. | $25,967.82 | $0.00 | $14,838.56 |

        Total to be paid to timely general unsecured claims:      $87,343.38
        Remaining balance:      $0.00

Tardily filed claims of general (unsecured) creditors totaling $4,814.19 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 22 | Vintage Wine Estates | $3,680.00 | $0.00 | $0.00 |
| 23 | Cantine Salvalai S.R.I. | $1,134.19 | $0.00 | $0.00 |

        Total to be paid to tardily filed general unsecured claims:      $0.00
        Remaining balance:      $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

        Total to be paid for subordinated claims:      $0.00
        Remaining balance:      $0.00

        Prepared By:    /s/ David P. Leibowitz
                                Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST Form 101-7-NFR (10/1/2010)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-01276-PSH
Barry Keith Johnson                                                     Chapter 7
Linda Frances Miller
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 3             Date Rcvd: Apr 08, 2013
                              Form ID: pdf006            Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2013.
```
db/jdb       #+Barry Keith Johnson,    Linda Frances Miller,    1737 N. Fern Court,    Chicago, IL 60614-5606
16999712     +ALLIANCE PENSION CONSULTANTS,    630 DUNDEE ROAD,    #200,    NORTHBROOK IL 60062-2765
16965807     +Adler Fels Winery LLC,    980 Airway Court Suite D,    Santa Rosa CA 95403-2000
16669172     +Albatrans New York,    149-10 183rd Street,    Jamaica, NY 11413-4023
16669173     +American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
17474994      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17363179      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16669174     +American Express Open,    P.O. Box 981535,    El Paso, TX 79998-1535
16669176      Azienda Agricia Bocchino,    Reg. S. Libera 25,    14053 Canelli, Italy
16669185     +CIT Technology Fin. Serv. Inc.,    Bankruptcy Processing Solutions Inc,
               1162 E Sonterra Blvd Ste 130,    San Antonio TX 78258-4048
16999714     +CITY OF CHICAGO EMS,    33589 TREASURY CENTER,    CHICAGO IL 60694-3500
16669178      Cantina Tollo S.C.A.,    Viale Garibaldi, 68 Abruzzo,    66010 Tollo (CH) Italy
16669179      Cantine Salvalai S.R.L.,    Via Cairoli-4,    25122 Brescia, Italy
16669180      Caramar Estate Ply., Ltd.,    134 Reserve Road,    Piangil 3597,    Victoria, Australia
17319212      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16669181     +Chase Mastercard,    P.O. Box 15298,    Wilmington, DE 19850-5298
16669182     +Chase SW,    P.O. Box 15153,    Wilmington, DE 19886-5153
16669183     +Citi AAdvantage,    P.O. Box 6000,    The Lakes, NV 89163-0001
16669184     +Citi Mastercard,    P.O. Box 6235,    Sioux Falls, SD 57117-6235
17560702     +Citibank, N.A.,    Payment Center,    4740 121st St,    Urbandale, IA 50323-2402
16669186     +City of New Buffalo Water & Sewer,    224 W. Buffalo Street,    New Buffalo, MI 49117-1899
16669187     +Claudia Gaynor,    14 Landmark,    Winnetka, IL 60093-3452
16669188     +D&G Transportation,    P.O. Box 856,    Germantown, WI 53022-0856
16999715      DOMAINE VISTALBA SA,    ROQUE SAENZ PENA 3909,    VISTABLE MENDOA ARGENTINA
16669189     +Diamond Bank,    1051 Perimeter Drive,    Schaumburg, IL 60173-5009
16669191      Discover,    P.O. Box 15298,    Salt Lake City, UT 84130
16999716     +FACULTY PRACTICE ASSOC,    9532 EAGLE WAY,    CHICAGO IL 60678-1095
16999717      FIORE WINES DI ZOPPI LISA,    VIA SCOTTOBOSCO 9 ULIGNANO,    53037 SAN GIAMANO ITALY
16669192      Fattori LaGerta,    Loc. Canalicchio; Colombaio,    53024 Montalcino (SI), Italy
16669193      Fattorie Parri,    Localita Urbanna-ViaVallone4,    50025 Montes, Firenze, Italy
16669195     +GMAC,    P.O. Box 780,    Waterloo, IA 50704-0780
16669196     +GMZC ARC,    P.O. Box 78369,    Phoenix, AZ 85062-8369
16669194     +Glamour's Pool Place,    7376 W. Johnson Road,    Michigan City, IN 46360-2926
16669197     +Harris & Harris Ltd.,    222 Merchandise Plaza,    Suite 190,    Chicago, IL 60654-1103
16669198     +Humana,    P.O. Box 14635,    Lexington, KY 40512-4635
16669199    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    100 W Randolph - Suite 7-500,
               Chicago, IL 60601)
16669201     +J Eppler Wines,    530 N. Regatta Drive,    Vallejo, CA 94591-7704
16669202      JF Hillebrand Chile,    R.U.T. 78.482.060-2,    Santiago, Chile
16669203     +John & Polly Kelly,    2006 N. Kenmore,    Chicago, IL 60614-4128
16669205     +Konica Minolta Business,    Dept. CH 19188,    Palatine, IL 60055-0001
16669206      Lexus Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
16999718     +MIDWEST MEDICAL RECORDS,    1701 E WOODFIELD RD #1100,    SCHAUMBURG IL 60173-5156
16669207     +Medical Services RIC,    Dept. 4569,    Carol Stream, IL 60122-0001
16669209     +Mt. Defiance Wine Company,    1850 Country Club Road,    Hood River, OR 97031-8682
16669213     +NW Medical Faculty Billing,    38693 Eagle Way,    Chicago, IL 60678-1386
16669211     +North Shore Health,    9532 Eagle Way,    Chicago, IL 60678-1095
16669212     +Northwestern Hospital Billing,    680 N. Lake Shore Drive,    Chicago, IL 60611-3062
16669214     +O'Neil Vintners & Distillers,    8418 S. Lac Jac Avenue,    Parlier, CA 93648-9708
16669215     +Paula Ellis,    1932 N. Lincoln,    Chicago, IL 60614-5404
16669216     +Riondo USA,    200 Franklin Turnpike,    Allendale, NJ 07401-2213
16669217     +Schmidt, Pritchard & Co. Inc.,    9801 W. Lawrence Avenue,    Schiller Park, IL 60176-1135
16669218     +Semco Energy,    P.O. Box 5004,    Port Huron, MI 48061-5004
16669219     +Stephen Johnson,    2109 Boot Lake Cr.,    Tampa, FL 33612-6510
16669220     +US Dept. Education Direct Loan,    P.O. Box 5609,    Greenville, TX 75403-5609
16669221     +USA Wine Imports,    285 W. Broadway,    Suite 340,    New York, NY 10013-2257
16999719      VAN RU CREDIT CORP,    1350 E TOUHY AVE #100E,    SCHAUMBURG IL  60173
16669222     +Vintage Trading, Inc.,    546 Fifth Avenue,    20th Floor,    New York, NY 10036-5000
16669223     +Vintage Wine Estates,    205 Concourse Boulevard,    Santa Rosa, CA 95403-8258
16999720      WINE AND SHIPPERS ASSOC INC,    11800 SUNRISE VALLEY DR STE 425,    RESTON VA 20191-5396
16669224     +Wells Fargo,    P.O. Box 348750,    Sacramento, CA 95834-8750
16669225     +Wilson Creek Winery,    35960 Rancho California Road,    Temecula, CA 92591-5088
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16999713     +E-mail/Text: g17768@att.com Apr 09 2013 03:13:12     AT&T,    PO BOX 8100,    AURORA IL 60507-8100
16669175     +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Apr 09 2013 03:10:29      Aurora Loan Service,
               10350 Park Meadow Drive,    Littleton, CO 80124-6800
16669190     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2013 02:27:55      Discover,    P.O. Box 3023,
               New Albany, OH 43054-3023
17233931      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2013 02:27:55      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
```

```
District/off: 0752-1                User: mhenley              Page 2 of 3                  Date Rcvd: Apr 08, 2013
                                    Form ID: pdf006            Total Noticed: 68
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
16669200       E-mail/Text: cio.bncmail@irs.gov Apr 09 2013 02:10:35      Internal Revenue Service,
                Department of the Treasury,  P O BOX 7346,  Philadelphia, PA 19101-7346
16669208      +E-mail/Text: mmrgbk@miramedrg.com Apr 09 2013 04:16:29      Mira Med Revenue Group,   Dept. 77304,
                P.O. Box 77000,   Detroit, MI 48277-2000
16669210      +E-mail/Text: bnc@nordstrom.com Apr 09 2013 02:15:49      Nordstrom Bank,   P.O. Box 79134,
                Phoenix, AZ 85062-9134
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16669177       Bascand Wines,   167 Bain Road,   RD3 Amber Ley,   N. Canterbury, NZ  7483
16669204       Johnson-Miller & Associates, Ltd.
17562753*      American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17412585*      American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16669171      ##+Accelerated Rehabilitation,   1527 N. Wells,   Chicago, IL 60610-1307
                                                                                        TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2013**              **Signature:**      *Joseph Speetjens*

```
District/off: 0752-1          User: mhenley              Page 3 of 3                  Date Rcvd: Apr 08, 2013
                              Form ID: pdf006            Total Noticed: 68
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2013 at the address(es) listed below:
          Barbara J Dutton   on behalf of Creditor   Aurora Loan Services, LLC duttonlaw@aol.com, ecfdesk@duttonlaw.com
          David P Leibowitz, ESQ   dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Lydia Y Siu   on behalf of Creditor   Aurora Loan Services, Inc. lsiu@atty-pierce.com, northerndistrict@atty-pierce.com
          Miriam R. Stein   on behalf of Joint Debtor Linda Frances Miller mstein@chuhak.com, kgord@chuhak.com
          Miriam R. Stein   on behalf of Debtor Barry Keith Johnson mstein@chuhak.com,  kgord@chuhak.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          TOTAL: 6