**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-01276-PSH |
| | § | |
| BARRY KEITH JOHNSON | § | |
| LINDA FRANCIS MILLER | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,470,000.00 | Assets Exempt: | $65,171.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $87,343.38 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $8,085.40 | | |

3) Total gross receipts of $98,128.78 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,700.00 (see **Exhibit 2),** yielded net receipts of $95,428.78 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,844,175.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $8,085.40 | $8,085.40 | $8,085.40 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $7,310.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $982,752.99 | $157,667.15 | $157,667.15 | $87,343.38 |
| **Total Disbursements** | $3,826,927.99 | $173,062.55 | $165,752.55 | $95,428.78 |

4). This case was originally filed under chapter 7 on 01/13/2011. The case was pending for 35 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/27/2013   By:  /s/ David P. Leibowitz
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Possible Tax Refund from State or Federal | 1129-000 | $98,128.78 |
| **TOTAL GROSS RECEIPTS** | | **$98,128.78** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| BARRY JOHNSON | Exemptions | 8100-002 | $2,700.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,700.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aurora Loan Service | 4110-000 | $1,048,175.00 | NA | $0.00 | $0.00 |
| | Aurora Loan Service | 4110-000 | $526,000.00 | NA | $0.00 | $0.00 |
| | Diamond Bank | 4110-000 | $1,200,000.00 | NA | $0.00 | $0.00 |
| | GMAC | 4110-000 | $70,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,844,175.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $8,021.44 | $8,021.44 | $8,021.44 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $12.88 | $12.88 | $12.88 |
| Green Bank | 2600-000 | NA | $51.08 | $51.08 | $51.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$8,085.40** | **$8,085.40** | **$8,085.40** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Internal Revenue Service | 5800-000 | $0.00 | $7,310.00 | $0.00 | $0.00 |
|  | Illinois Department of Revenue | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $7,310.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CIT Technology Fin. Serv. Inc. | 7100-000 | NA | $9,888.65 | $9,888.65 | $5,650.57 |
| 2 | Adler Fels Winery LLC | 7100-000 | NA | $2,184.00 | $2,184.00 | $1,247.98 |
| 3 | Discover Bank | 7100-900 | $9,766.00 | $11,147.70 | $11,147.70 | $6,370.03 |
| 4 | Semco Energy | 7100-000 | $120.18 | $219.62 | $219.62 | $125.50 |
| 5 | Albatrans New York | 7100-000 | $2,049.00 | $4,449.00 | $4,449.00 | $2,542.25 |
| 6 | USA Wine Imports | 7100-000 | $2,700.00 | $2,070.00 | $2,070.00 | $1,182.84 |
| 7 | Chase Bank USA, N.A. | 7100-900 | $26,382.52 | $26,382.52 | $26,382.52 | $15,075.52 |
| 8 | Chase Bank USA, N.A. | 7100-000 | $16,598.00 | $16,940.36 | $16,940.36 | $9,680.08 |
| 9 | D&G Transportation | 7100-000 | $337.68 | $443.24 | $443.24 | $253.28 |
| 10 | American Express Centurion Bank | 7100-900 | $491.35 | $532.22 | $532.22 | $304.12 |
| 11 | American Express Centurion Bank | 7100-900 | $511.51 | $664.29 | $664.29 | $379.59 |
| 12 | Schmidt, Pritchard & Co. Inc. | 7100-000 | $4,654.73 | $8,578.99 | $8,578.99 | $4,902.21 |
| 13 | American Express Bank, FSB | 7100-900 | $8,476.17 | $8,690.98 | $8,690.98 | $4,966.21 |
| 14 | Azienda Agricia Bocchino | 7100-000 | $1,015.20 | $0.00 | $0.00 | $0.00 |
| 16 | Citibank, N.A. | 7100-900 | NA | $3,303.67 | $3,303.67 | $1,887.79 |
| 17 | Citibank, N.A. | 7100-000 | $5,670.00 | $6,026.03 | $6,026.03 | $3,443.40 |
| 18 | American Express Bank, FSB | 7100-900 | $1,254.11 | $1,309.63 | $1,309.63 | $748.35 |
| 19 | Fattorie Parri | 7100-000 | $10,600.20 | $3,490.24 | $3,490.24 | $1,994.40 |
| 20 | DOMAINE VISTALBA SA | 7100-000 | NA | $20,564.00 | $20,564.00 | $11,750.70 |
| 21 | Cantina Tollo S.C.A. | 7100-000 | $13,031.55 | $25,967.82 | $25,967.82 | $14,838.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | Vintage Wine Estates | 7200-000 | $6,180.00 | $3,680.00 | $3,680.00 | $0.00 |
| 23 | Cantine Salvalai S.R.I. | 7200-000 | $1,159.65 | $1,134.19 | $1,134.19 | $0.00 |
| | Accelerated Rehabilitation | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Bascand Wines | 7100-000 | $6,000.00 | NA | NA | $0.00 |
| | Caramar Estate Ply., Ltd. | 7100-000 | $39,236.50 | NA | NA | $0.00 |
| | Chase Mastercard | 7100-000 | $16,598.00 | NA | NA | $0.00 |
| | Citi AAdvantage | 7100-000 | $9,551.57 | NA | NA | $0.00 |
| | Citi Mastercard | 7100-000 | $5,670.00 | NA | NA | $0.00 |
| | Citi Technology Fin. Serv. Inc. | 7100-000 | $612.82 | NA | NA | $0.00 |
| | City of New Buffalo Water & Sewer | 7100-000 | $83.57 | NA | NA | $0.00 |
| | Claudia Gaynor | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Discover | 7100-000 | $7,714.00 | NA | NA | $0.00 |
| | Fattorie Parri | 7100-000 | $4,711.50 | NA | NA | $0.00 |
| | Glamour's Pool Place | 7100-000 | $0.00 | NA | NA | $0.00 |
| | GMZC ARC | 7100-000 | $758.98 | NA | NA | $0.00 |
| | Harris & Harris Ltd. | 7100-000 | $1,938.00 | NA | NA | $0.00 |
| | Humana | 7100-000 | $0.00 | NA | NA | $0.00 |
| | J Eppler Wines | 7100-000 | $3,500.00 | NA | NA | $0.00 |
| | JF Hillebrand Chile | 7100-000 | $2,049.00 | NA | NA | $0.00 |
| | John & Polly Kelly | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| | Konica Minolta Business | 7100-000 | $49.21 | NA | NA | $0.00 |
| | Lexus Financial Services | 7100-000 | $12,695.76 | NA | NA | $0.00 |
| | Medical Services RIC | 7100-000 | $396.00 | NA | NA | $0.00 |
| | Mira Med Revenue Group | 7100-000 | $27,390.00 | NA | NA | $0.00 |
| | Mt. Defiance Wine Company | 7100-000 | $11,160.00 | NA | NA | $0.00 |
| | Nordstrom Bank | 7100-000 | $4,694.88 | NA | NA | $0.00 |
| | North Shore Health | 7100-000 | $147.00 | NA | NA | $0.00 |
| | Northwestern Hospital Billing | 7100-000 | $189,843.00 | NA | NA | $0.00 |
| | NW Medical Faculty Billing | 7100-000 | $130,238.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | O'Neil Vintners & Distillers | 7100-000 | $3,444.00 | NA | NA | $0.00 |
| | Paula Ellis | 7100-000 | $758.00 | NA | NA | $0.00 |
| | Riondo USA | 7100-000 | $4,551.35 | NA | NA | $0.00 |
| | Stephen Johnson | 7100-000 | $100,523.00 | NA | NA | $0.00 |
| | US Dept. Education Direct Loan | 7100-000 | $102,862.00 | NA | NA | $0.00 |
| | Vintage Trading, Inc. | 7100-000 | $2,500.00 | NA | NA | $0.00 |
| | Wells Fargo | 7100-000 | $124,255.00 | NA | NA | $0.00 |
| | Wilson Creek Winery | 7100-000 | $7,824.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $982,752.99 | $157,667.15 | $157,667.15 | $87,343.38 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 11-01276-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | JOHNSON, BARRY KEITH AND MILLER, LINDA FRANCIS | Date Filed (f) or Converted (c): | 01/13/2011 (f) |
| For the Period Ending: | 12/27/2013 | §341(a) Meeting Date: | 02/28/2011 |
| | | Claims Bar Date: | 08/02/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | 1737 N. Fern Court Chicago, IL 60614 (Residence) | $1,100,000.00 | $0.00 | | $0.00 | FA |
| 2 | 1306 W. Water Street New Buffalo, MI 49117 (in foreclosure) | $400,000.00 | $0.00 | | $0.00 | FA |
| 3 | Personal Cash | $200.00 | $0.00 | | $0.00 | FA |
| 4 | Checking Account with Chase Bank | $2,000.00 | $0.00 | | $0.00 | FA |
| 5 | Ordinary Home Furnishings | $1,500.00 | $0.00 | | $0.00 | FA |
| 6 | Ordinary Home Items | $200.00 | $0.00 | | $0.00 | FA |
| 7 | Miscellaneous Jewelry (wedding band and costume jewelry) | $1,000.00 | $0.00 | | $0.00 | FA |
| 8 | 401K Charles Schwab Account #7096-7528 | $25,100.00 | $0.00 | | $0.00 | FA |
| 9 | John-Miller & Associates, Ltd. (in liquidation) | $0.00 | Unknown | | $0.00 | FA |
| 10 | Possible Tax Refund from State or Federal | $0.00 | Unknown | | $98,128.78 | FA |
| 11 | General Office Supplies and Furnishings | $400.00 | $0.00 | | $0.00 | FA |
| 12 | Fifth third Account #3153 | $2,071.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                        **Gross Value of Remaining Assets**

$1,532,471.00     $0.00          $98,128.78     $0.00

**Major Activities affecting case closing:**

| 03/01/2011 | Had wine business. Trustee would like to see tax returns for 2010 and bank statements. Bank has Inventory assets.   Trustee would like to see loan docs and see whether there are liens.  Continued to 3-22 (no appearance)  DA will amend to include all bank accounts.  DPL will look at liens if there are liens on property, no value and case will be no-asset |
| 12/30/2011 | Possible Tax Refund. |
| 06/08/2012 | Copy of the check paid to the IRS |
| 03/06/2013 | Review Claims and Prepare TFR |
| 03/28/2013 | TFR sent to UST office for review and approval |

**Initial Projected Date Of Final Report (TFR):** 05/31/2013         /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):** 05/31/2013         DAVID LEIBOWITZ

| Case No. | 11-01276-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | JOHNSON, BARRY KEITH AND MILLER, LINDA FRANCIS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8069 | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | **-***8070 | Account Title: | |
| For Period Beginning: | 1/13/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/27/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/15/2013 | (10) | United States Treasury | Tax refund | 1129-000 | $98,128.78 | | $98,128.78 |
| 02/15/2013 | 3001 | BARRY JOHNSON | Exemption RE: Tax Refund. | 8100-002 | | $2,700.00 | $95,428.78 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $51.08 | $95,377.70 |
| 05/02/2013 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $8,021.44 | $87,356.26 |
| 05/02/2013 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $12.88 | $87,343.38 |
| 05/02/2013 | 3004 | Fattorie Parri | Claim #: 19; Amount Claimed: 3,490.24; Amount Allowed: 3,490.24; Distribution Dividend: 57.14; | 7100-000 | | $1,994.40 | $85,348.98 |
| 05/02/2013 | 3005 | DOMAINE VISTALBA SA | Claim #: 20; Amount Claimed: 20,564.00; Amount Allowed: 20,564.00; Distribution Dividend: 57.14; | 7100-000 | | $11,750.70 | $73,598.28 |
| 05/02/2013 | 3006 | Cantina Tollo S.C.A. | Claim #: 21; Amount Claimed: 25,967.82; Amount Allowed: 25,967.82; Distribution Dividend: 57.14; | 7100-000 | | $14,838.56 | $58,759.72 |
| 05/02/2013 | 3007 | CIT Technology Fin. Serv. Inc. | Claim #: 1; Amount Claimed: 9,888.65; Amount Allowed: 9,888.65; Distribution Dividend: 57.14; | 7100-000 | | $5,650.57 | $53,109.15 |
| 05/02/2013 | 3008 | Adler Fels Winery LLC | Claim #: 2; Amount Claimed: 2,184.00; Amount Allowed: 2,184.00; Distribution Dividend: 57.14; | 7100-000 | | $1,247.98 | $51,861.17 |
| 05/02/2013 | 3009 | Semco Energy | Claim #: 4; Amount Claimed: 219.62; Amount Allowed: 219.62; Distribution Dividend: 57.14; | 7100-000 | | $125.50 | $51,735.67 |
| 05/02/2013 | 3010 | Albatrans New York | Claim #: 5; Amount Claimed: 4,449.00; Amount Allowed: 4,449.00; Distribution Dividend: 57.14; | 7100-000 | | $2,542.25 | $49,193.42 |
| 05/02/2013 | 3011 | USA Wine Imports | Claim #: 6; Amount Claimed: 2,070.00; Amount Allowed: 2,070.00; Distribution Dividend: 57.14; | 7100-000 | | $1,182.84 | $48,010.58 |
| 05/02/2013 | 3012 | Chase Bank USA, N.A. | Claim #: 8; Amount Claimed: 16,940.36; Amount Allowed: 16,940.36; Distribution Dividend: 57.14; | 7100-000 | | $9,680.08 | $38,330.50 |
| 05/02/2013 | 3013 | D&G Transportation | Claim #: 9; Amount Claimed: 443.24; Amount Allowed: 443.24; Distribution Dividend: 57.14; | 7100-000 | | $253.28 | $38,077.22 |
| 05/02/2013 | 3014 | Schmidt, Pritchard & Co. Inc. | Claim #: 12; Amount Claimed: 8,578.99; Amount Allowed: 8,578.99; Distribution Dividend: 57.14; | 7100-000 | | $4,902.21 | $33,175.01 |
| 05/02/2013 | 3015 | Citibank, N.A. | Claim #: 17; Amount Claimed: 6,026.03; Amount Allowed: 6,026.03; Distribution Dividend: 57.14; | 7100-000 | | $3,443.40 | $29,731.61 |
| 05/02/2013 | 3016 | American Express Bank, FSB | Claim #: 18; Amount Claimed: 1,309.63; Amount Allowed: 1,309.63; Distribution Dividend: 57.14; | 7100-900 | | $748.35 | $28,983.26 |

**SUBTOTALS** $98,128.78 $69,145.52

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-01276-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | JOHNSON, BARRY KEITH AND MILLER, LINDA FRANCIS | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8069 | | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | **-***8070 | | Account Title: | |
| For Period Beginning: | 1/13/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/27/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/02/2013 | 3017 | American Express Bank, FSB | Claim #: 13; Amount Claimed: 8,690.98; Amount Allowed: 8,690.98; Distribution Dividend: 57.14; | 7100-900 | | $4,966.21 | $24,017.05 |
| 05/02/2013 | 3018 | Citibank, N.A. | Claim #: 16; Amount Claimed: 3,303.67; Amount Allowed: 3,303.67; Distribution Dividend: 57.14; | 7100-900 | | $1,887.79 | $22,129.26 |
| 05/02/2013 | 3019 | American Express Centurion Bank | Claim #: 10; Amount Claimed: 532.22; Amount Allowed: 532.22; Distribution Dividend: 57.14; | 7100-900 | | $304.12 | $21,825.14 |
| 05/02/2013 | 3020 | American Express Centurion Bank | Claim #: 11; Amount Claimed: 664.29; Amount Allowed: 664.29; Distribution Dividend: 57.14; | 7100-900 | | $379.59 | $21,445.55 |
| 05/02/2013 | 3021 | Chase Bank USA, N.A. | Claim #: 7; Amount Claimed: 26,382.52; Amount Allowed: 26,382.52; Distribution Dividend: 57.14; | 7100-900 | | $15,075.52 | $6,370.03 |
| 05/02/2013 | 3022 | Discover Bank | Claim #: 3; Amount Claimed: 11,147.70; Amount Allowed: 11,147.70; Distribution Dividend: 57.14; | 7100-900 | | $6,370.03 | $0.00 |
| 08/27/2013 | 3005 | VOID: DOMAINE VISTALBA SA | Void of Check# 3005 | 7100-003 | | ($11,750.70) | $11,750.70 |
| 08/27/2013 | 3023 | DOMAINE VISTALBA SA | Claim #: 20; Amount Claimed: 20,564.00; Amount Allowed: 20,564.00; Distribution Dividend: 57.14; | 7100-000 | | $11,750.70 | $0.00 |
| | | | **TOTALS:** | | $98,128.78 | $98,128.78 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $98,128.78 | $98,128.78 | |
| | | | **Less: Payments to debtors** | | $0.00 | $2,700.00 | |
| | | | **Net** | | $98,128.78 | $95,428.78 | |

| For the period of 1/13/2011 to 12/27/2013 | | For the entire history of the account between 02/15/2013 to 12/27/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $98,128.78 | Total Compensable Receipts: | $98,128.78 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $98,128.78 | Total Comp/Non Comp Receipts: | $98,128.78 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $95,428.78 | Total Compensable Disbursements: | $95,428.78 |
| Total Non-Compensable Disbursements: | $2,700.00 | Total Non-Compensable Disbursements: | $2,700.00 |
| Total Comp/Non Comp Disbursements: | $98,128.78 | Total Comp/Non Comp Disbursements: | $98,128.78 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 11-01276-PSH | **Trustee Name:** | David Leibowitz |
| **Case Name:** | JOHNSON, BARRY KEITH AND MILLER, LINDA FRANCIS | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***8069 | **Checking Acct #:** | ******7601 |
| **Co-Debtor Taxpayer ID #:** | **-***8070 | **Account Title:** | |
| **For Period Beginning:** | 1/13/2011 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/27/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $98,128.78 | $98,128.78 | $0.00 |

| For the period of 1/13/2011 to 12/27/2013 | | For the entire history of the case between 01/13/2011 to 12/27/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $98,128.78 | Total Compensable Receipts: | $98,128.78 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $98,128.78 | Total Comp/Non Comp Receipts: | $98,128.78 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $95,428.78 | Total Compensable Disbursements: | $95,428.78 |
| Total Non-Compensable Disbursements: | $2,700.00 | Total Non-Compensable Disbursements: | $2,700.00 |
| Total Comp/Non Comp Disbursements: | $98,128.78 | Total Comp/Non Comp Disbursements: | $98,128.78 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ